UNITED STATES, Appellee

v

THEODORE C. CHISHOLM, Private,
U. S. Army, Appellant

19 USCMA 352, 41 CMR 352

■■■■■■■■■■■■

No. 22,757

March 27, 1970

■■■■■■■■■■■■

*Colonel Daniel T. Ghent, Captain Norman L. Blumenfeld,* and *Captain Monte Engler* were on the pleadings for Appellant, Accused.

*Colonel David T. Bryant, Major Edwin P. Wasinger,* and *Captain William R. Steinmetz* were on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

This is another case involving consideration of paragraph 38a, Headquarters, United States Military Assistance Command, Vietnam, Directive 37–6. In United States v Benway, 19 USCMA 345, 41 CMR 345 (1970), this Court determined that the directive could be punitively applied. The directive, therefore, will support Chisholm's conviction under specifications 1 and 2 of Charge II of purchasing money orders in excess of the maximum monthly amount.

The decision of the Court of Military Review is affirmed.

Chief Judge QUINN and Judge FERGUSON concur.